DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NEAL M. JACOBSON,**
Appellant,

v.

**PIERRE ANDRE, M.D., P.A.,**
Appellee.

No. 4D17-1907

[March 21, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph Marx, Judge; L.T. Case No. 502013CA018347XXXXMB.

Neal M. Jacobson, Indiantown, pro se.

Richard Warren and RoseMarie Antonacci-Pollack of Falk, Waas, Hernandez, Cortina, Solomon & Bonner, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.  See Jacobson v. Pfizer, Inc.*, 618 Fed. Appx. 509 (11 Cir. 2015).

GROSS, TAYLOR and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***